Form 5 - SUITABLE WITH MAILING

P415501

**MICHAEL HUESTON ESQ**   MICHAEL HUESTON ESQ
U S DISTRICT COURT SOUTHERN DISTRICT STATE OF NEW YORK

---

MARVIN WILLIAMS

PLAINTIFF

- vs -

THE CITY OF NEW YORK, ETAL

DEFENDANT

---

index No. **14 CV 5714**
Date Filed

Office No.
Court Date.

STATE OF NEW YORK, COUNTY OF NEW YORK :SS:

**ALBERT SANCHEZ** being duly sworn, deposes and says; I am over 18 years of age, not a party to this action, and reside in the State of New York. That on the **20TH** day of **JANUARY, 2015** **11:58AM** at
  **%40TH PCT 257 ALEXANDER AVE**
  **BRONX NY 10454**
I served the **SUMMONS AND COMPLAINT**,
upon **P.O.ROY RODRIGUEZ S/H/A P.O.RODRIGUEZ**
the **DEFENDANT** therein named by delivering and leaving a true copy or copies of the aforementioned documents with **SGT. (JOHN) HIRAM, CO-WORKER WHO REFUSED FULL NAME** a person of suitable age and discretion.
  Deponent describes the person served as aforesaid to the best of deponent's ability at the time and circumstances of the service as follows.

SEX: **MALE**   COLOR: **WHITE**   HAIR: **BRN/BLDE**
APP.AGE: **50**  APP. HT: **5/11**  APP. WT: **210**
OTHER IDENTIFYING FEATURES

On **01/22/2015** I deposited in the United States mail another true copy of the aforementioned documents properly enclosed and sealed in a post-paid wrapper addressed to the said **DEFENDANT** at the above address. That being
**the place of business of the DEFENDANT.**

Copy mailed 1st class mail marked personal and confidential not indicating on the outside thereof by return address or otherwise that said notice is from an attorney or concerns an action against the person to be served.

COMMENTS:

Sworn to before me this
22ND day of JANUARY, 2015

ROBERT LEO MORGAN III
NOTARY PUBLIC-STATE OF NEW YORK
No. 01MO6295908
Qualified in New York County
My Commission Expires January 13, 2018

ALBERT SANCHEZ DCA LIC #1447358
inSync Litigation Support, LLC
75 MAIDEN LANE 11TH FLOOR
NEW YORK, NY 10038
Reference No: 7-MH-F-415501